PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-po-00261-AC |
| | ) | |
|       Plaintiff, | ) | [~~Proposed~~] ORDER AND MOTION TO |
| | ) | RESET COLLATERAL AND VACATE |
|   v. | ) | TRIAL DATE |
| | ) | |
| CHERYL L. MEAKIN, | ) | |
| | ) | |
|       Defendant. | ) | DATE:   November 7, 2016 |
| | ) | TIME:    9:00 a.m. |
| | ) | JUDGE: Hon. Allison Claire |
| _____ | ) | |

On June 21, 2016, defendant CHERYL L. MEAKIN was issued a violation notice at the Sacramento Veterans Affairs Medical Center for violating Title 18, United States Code, Section 13 and California Vehicle Code, Section 4000(a)(1) – Expired Registration.  The United States, by and through its undersigned attorney, and defendant CHERYL L. MEAKIN, by and through her undersigned attorney, have agreed to a resolution in this case.  As to Violation Number 6281777/CA52, the defendant has agreed to pay a fine of $100.00 and a special assessment of $5.00 for a total amount of $105.00, payable within sixty (60) days.

Accordingly, the United States moves the Court for an order permitting the defendant to forfeit collateral in the amount of $100.00 plus a special assessment of $5.00 for a total amount of $105.00, payable within sixty (60) days.

///

Further, the United States requests that the trial date in this matter currently set for November 7, 2016, at 9:00 a.m. be vacated.


Dated: November 2, 2016                          PHILLIP A. TALBERT
                                                 Acting United States Attorney


                                            By:  _/s/ Justin L. Lee_
                                                 JUSTIN L. LEE
                                                 Assistant U.S. Attorney


Dated: November 2, 2016                     By:  _/s/ Linda C. Allison_
                                                 LINDA C. ALLISON
                                                 Chief Assistant to the Federal Defender
                                                 Counsel for Defendant


Dated: November 2, 2016                     By:  _/s/ Nia Traylor_
                                                 NIA TRAYLOR
                                                 Certified Law Student
                                                 Counsel for Defendant

                                                 (Approved via email)


[~~Proposed~~] ORDER


It is hereby Ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Trial Date is GRANTED.  Defendant shall be permitted to forfeit collateral on Violation No. 6281777/CA52 in the amount of $100.00 plus a special assessment of $5.00 for a total amount of $105.00, payable within sixty (60) days from the signing of this order.

It is further Ordered that the trial date in this matter currently set for November 7, 2016 shall be vacated.

IT IS SO ORDERED.

Dated: November 3, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE